```
┌─────────────────────────────────┐
│   SOUTHERN DISTRICT OF MISSISSIPPI │
│           F I L E D              │
│         MAY 2 1 2008             │
│        J. T. NOBLIN, CLERK       │
│  BY_____ DEPUTY  │
└─────────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**ROBERT TREVINO AND
MELINDA TREVINO**                                            **PLAINTIFFS**

**vs.**                                    **CIVIL ACTION NO. 5:07CV00005-DCB-JMR**

**SOUTHERN HARDWARE COMPANY, INC.
AND MELVIN C. GAMBLE, INDIVIDUALLY
AND AS AGENT, SERVANT, AND EMPLOYEE
OF SOUTHERN HARDWARE COMPANY, INC.**               **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY THIS MATTER came on to be heard on the joint motion, *ore tenus*, of Robert Trevino and the Defendants (hereinafter "the parties") to dismiss Robert Trevino's claims against the Defendants with prejudice, the parties having announced that this action has been fully compromised and settled between them, and that there remain no issues to be litigated by or between the parties nor adjudicated and determined by the Court, and the parties having consented to the entry of this Order and agreeing that this cause should be dismissed with prejudice, with each party to bear its own costs.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that Robert Trevino's claims against the Defendants be, and the same hereby are, dismissed with prejudice with each party to bear its own costs.

SO ORDERED this the _15_ day of _MAY_____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANTS